AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RIGOBERTO GONZALEZ GONZALEZ, individually and on behalf of others similarly situated,

_____
*Plaintiff(s)*

v.

438 MYRTLE AVENUE RESTAURANT INC. (d/b/a MYRTLE THAI), NIKA CHITBUNCHONG, and ATTASITH CHINSAWANANON,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   26-cv-2026

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:   04/07/2026   _____        *Cynthia Valera*  _____
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9723; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9723; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9723; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9723; I returned the summons unexecuted because _____ ; or

&#9723; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                         *Server's signature*

                                              _____
                                                         *Printed name and title*



                                              _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------X
RIGOBERTO GONZALEZ GONZALEZ,
*individually and on behalf of others similarly situated,*

                        *Plaintiff,*

-against-

438 MYRTLE AVENUE RESTAURANT INC.
(d/b/a MYRTLE THAI), NIKA
CHITBUNCHONG, and ATTASITH
CHINSAWANANON,

                        *Defendants.*


-------------------------------------X

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**


438 Myrtle Avenue Restaurant Inc.
(d/b/a/ Myrtle Thai)
438 Myrtle Avenue
Brooklyn, NY 11205

Nika Chitbunchong
438 Myrtle Avenue
Brooklyn, NY 11205

Attasith Chinsawananon
438 Myrtle Avenue
Brooklyn, NY 11205